1  PHILIP GOODHART, ESQ.
2  Nevada Bar No. 5332
   THORNDAL ARMSTRONG, PC
3  600 S. Las Vegas Blvd., Suite 400
   Las Vegas, Nevada 89101
4  Tel.: (702) 366-0622
   Fax: (702) 366-0327
5  png@thorndal.com

6  Attorneys for Defendant, KEY
   INSURANCE COMPANY

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| CAVISHA OM UNIQUE JACKSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation; DOE I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01036<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>ECF No. 22 |

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for Defendant, KEY INSURANCE COMPANY, to file its Opposition to Plaintiff's Motion for Summary Judgment be extended to Friday, December 6, 2024.

IT IS ALSO STIPULATED by and between the undersigned counsel that Plaintiff, CAVISHA OM UNIQUE JACKSON's Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment will be due on Friday, December 20, 2024.

| | |
|---|---|
| DATE: November 15, 2024 | DATE: November 15, 2024 |
| THE702FIRM | THORNDAL ARMSTRONG, PC |
| */s/ Thomas N. Beckom* | */s/ Philip Goodhart* |
| MICHAEL C. KANE ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>THOMAS N. BECKOM, ESQ.<br>Nevada Bar No. 12554<br>8335 W. Flamingo Road<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff | PHILIP GOODHART, ESQ.<br>Nevada Bar No. 5332<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant,<br>KEY INSURANCE COMPANY |

**ORDER**

Based on the parties' stipulation [ECF No. 22] and with good cause appearing, IT IS ORDERED that the time for Defendant to file its Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 18] is extended to Friday, December 6, 2024.

IT IS FURTHER ORDERED that Plaintiff, CAVISHA OM UNIQUE JACKSON's Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment is due on Friday, December 20, 2024.

_____
UNITED STATES DISTRICT JUDGE
November 19, 2024

Submitted by:

THORNDAL ARMSTRONG, PC

/s/ Philip Goodhart
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
KEY INSURANCE COMPANY