PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Defendant, KEY
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CAVISHA OM UNIQUE JACKSON,

        Plaintiff,

vs.

KEY INSURANCE COMPANY, a foreign
corporation; DOE I through X, inclusive; ROE
CORPORATIONS I through X, inclusive,

        Defendants.

Case No. 2:23-cv-01036

**STIPULATION AND ORDER TO
EXTEND BRIEFING SCHEDULE
(SECOND REQUEST)**

ECF No. 26

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for Defendant, KEY INSURANCE COMPANY, to file its Opposition to Plaintiff's Motion for Summary Judgment be extended to Friday, December 20, 2024. This stipulation is a result of a request by counsel for Defendant.

On November 26, 2024, Mr. Goodhart's first grand-daughter (4 months old) underwent a surgical procedure in San Diego, California. Mr. Goodhart sought to be there while the procedure was being performed. Mr. Goodhart anticipated being able to complete the drafting of the Opposition to Plaintiff's Motion for Summary Judgment prior to the agreed upon deadline, but came down with the flu shortly after returning to Las Vegas. Mr. Goodhart's flu symptoms did not resolve until December 3, 2024, prompting his request for the instant extension of time on the briefing schedule. The dates requested were agreed upon by counsel based on Mr. Goodhart's situation, as well as in consideration of the upcoming holidays. This request is not intended to delay this litigation.

///

1    IT IS ALSO STIPULATED by and between the undersigned counsel that Plaintiff,

2  CAVISHA OM UNIQUE JACKSON's Reply to Defendant's Opposition to Plaintiffs' Motion for

3  Summary Judgment will be due on Friday, January 10, 2025.

4  DATE: December 10, 2024                    DATE: December 10, 2024

5  THE702FIRM                                  THORNDAL ARMSTRONG, PC

6  /s/ Thomas N. Beckom                        /s/ Philip Goodhart

7  MICHAEL C. KANE ESQ.                        PHILIP GOODHART, ESQ.
   Nevada Bar No. 10096                        Nevada Bar No. 5332
8  BRADLEY J. MYERS, ESQ.                      600 S. Las Vegas Blvd., Suite 400
   Nevada Bar No. 8857                         Las Vegas, Nevada 89101
9  THOMAS N. BECKOM, ESQ.                      Attorneys for Defendant,
   Nevada Bar No. 12554                        KEY INSURANCE COMPANY
10 8335 W. Flamingo Road
   Las Vegas, Nevada 89147
11 Attorneys for Plaintiff

12                              **ORDER**

13     IT IS HEREBY ORDERED that the time for Defendant to file its Opposition to

14 Plaintiff's Motion for Summary Judgment is extended to Friday, December 20, 2024.

15     IT IS FURTHER ORDERED that Plaintiff, CAVISHA OM UNIQUE JACKSON's Reply

16 to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment is due on Friday, January

17 10, 2025.

18

19

20                                   _____
                                     UNITED STATES DISTRICT JUDGE
21                                        12-16-24

22 Submitted by:

23 THORNDAL ARMSTRONG, PC

24

25 /s/ Philip Goodhart
   _____
26 PHILIP GOODHART, ESQ.
   Nevada Bar No. 5332
27 600 S. Las Vegas Blvd., Suite 400
   Las Vegas, Nevada 89101
28 Attorneys for Defendant,
   KEY INSURANCE COMPANY