MICHAEL C. KANE. ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
THOMAS N. BECKOM, ESQ.
Nevada Bar No.: 12554
**THE702FIRM**
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone:	(702) 776-3333
Facsimile:	(702) 505-9787
*E-Mail:*	service@the702firm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAVISHA OM UNIQUE JACKSON,<br><br>　　Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation; DOE I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　Defendants. | Case No. : 2:23-cv-01036 -JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br>**(First Request)**<br><br>ECF No. 29 |

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for Plaintiff, CAVISHA OM UNIQUE JACKSON's to file her **Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and her Opposition to Defendant's Countermotion for Summary Judgment be extended to Friday, January 17, 2025.**

IT IS ALSO STIPULATED by and between the undersigned counsel that Defendant, KEY INSURANCE COMPANY **Reply to Plaintiff's Opposition to Defendant's Countermotion for Summary Judgment will be due on Friday, January 31, 2025.**

///

///

///

This request is not intended to delay this litigation.

**IT IS SO STIPULATED.**

| THE702FIRM | THORNDAL ARMSTRONG, PC |
|---|---|
| Dated this 6th of January, 2025. | Dated this 6th of January, 2025. |
| /s/ Michael Kane | /s/ Philip Goodhart |
| MICHAEL C. KANE, ESQ. (10096)<br>BRADLEY J. MYERS, ESQ. (8857)<br>THOMAS N. BECKOM, ESQ. (12554)<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | PHILIP GOODHART, ESQ. (5332)<br>600 S. Las Vegas Boulevard, Suite 400<br>Las Vegas, NV  89101<br>*Attorneys for Defendant*<br>*KEY INSURANCE COMPANY* |

### ORDER

Based on the parties' stipulation [ECF No. 29],

IT IS HEREBY ORDERED that the time for Plaintiff to file her Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and her Opposition to Defendant's Countermotion for Summary Judgment is extended to Friday, January 17, 2025.

IT IS FURTHER ORDERED that Defendant, KEY INSURANCE COMPANY's Reply to Plaintiff's Opposition to Defendant's Countermotion for Summary Judgment is due on Friday, January 31, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED January 7, 2025